ORIONA LASHEA WALKER
2432 41ST AVE
MERIDIAN, MS 39307

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FRANKLIN FINANCIAL
ATTN: BANKRUPTCY
PO BOX 880
TOCCOA, GA 30577

ADVANCE AMERICA
935 FRONTAGE RD
MERIDIAN, MS 39301

AMERICAN CASH
2514 RIVERBIRCH DR
UNIT 122
MERIDIAN, MS 39307

ASSET RECOVERY BUREAU
1212 ABBOTT RD
BUFFALO, NY 14218

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE
P.O. BOX 60599
CITY OF INDUS, CA 91716-05

CASH KING LLC
PO BOX 3304
MERIDIAN, MS 39303

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

COMMUNITY CHOICE
1217 S FRONTAGE RD
STE A
MERIDIAN, MS 39301

CREDIT COLLECTION
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

CREDIT NINJA
27 N WACKER DR
#404
CHICAGO, IL 60606

CROWN ASSET MANAGEMENT
3100 BRECKENRIDGE BLVD
STE 725
DULUTH, GA 30096

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

GET GREEN 123
6360 NW 5TH WAY
SUITE 200
FORT LAUDERDA, FL 33309

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD, MS 38655

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

LEND NATION
832 HWY 19N STE 550
MERIDIAN, MS 39307

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MERIDIAN MCU
POB 310
MERIDIAN, MS 39302

MIDLAND CREDIT MANAGEM
8875 AERO DIVE
SAN DIEGO, CA 92123

MONEY LION
P.O. BOX 1547
SANDY, UT 84091

MONEY MAN
2552 N HILL ST
STE C
MERIDIAN, MS 39305

MRS BRO LLC
1930 OLNEY AVE
CHERRY HILL, NJ 08003

NATIONAL CREDIT
ATTN: BANKRUPTCY
PO BOX 3023
HUTCHINSON, KS 67504

PLAZA SERVICES, LLC
ATTN: BANKRUPTCY
110 HAMMOND DR STE 110
ATLANTA, GA 30328

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

QUICK CASH
515 HWY 19 N
MERIDIAN, MS 39307

RAUSCH STURM LLP
P.O. BOX 312277
ENTERPRISE, AL 36331

REEL TIME CAPITAL
4805 W LAUREL ST
STE 3000
TAMPA, FL 33607

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE PL
BATON ROUGE, LA 70809

SPEEDY CASH
1021 MS HWY 39N
MERIDIAN, MS 39301

SUMMIT FINANCIAL SERVI
2109 B ST
MERIDIAN, MS 39301

UPSTART LOAN
P.O. BOX 1503
SAN CARLOS, CA 94070

WOODFOREST BANK
P.O. BOX 24459
HOUSTON, TX 77229