Certificate Number: 17082-MSS-DE-041691172

Bankruptcy Case Number: 26-02840

17082-MSS-DE-041691172

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 18, 2026, at 7:58 o'clock AM MST, ORIONA L WALKER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: November 18, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director