**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ORIONA LASHEA WALKER, DEBTOR** — **NO.: 26-02840-KMS Chapter 7**

**MOTION TO APPROVE AGREED ORDER LIFTING STAY AND ABANDONMENT**

COMES NOW Republic Finance, LLC, and files its Motion to Approve Agreed Order Lifting Stay and Abandonment, and for cause would show unto the Court the following:

1. The Debtors in the above entitled and numbered case filed a voluntary petition for relief under the provisions of Chapter 13 of the United States Bankruptcy Code on October 19, 2026.

2. This Court has jurisdiction over this matter pursuant to the provisions of inter alia 11 U.S.C. §§ 362 and 1301.

3. Republic Finance is a secured creditor of Debtor and holds a valid, duly perfected security interest in Debtor's property. Copies of the documents supporting Republic Finance's security interest are attached to this motion as Exhibit "1". Republic Finance asserts that the collateral is of inconsequential value to the Estate.

4. The Debtor has agreed to surrender and abandon the following collateral: 2015 Nissan Rogue VIN # JN8AS5MT9FW656403. A copy of the Proposed Order is attached hereto as Exhibit "2". Republic Finance requests that the order granting relief from the automatic stay entered in this case be excepted from the stay provisions of *Bankruptcy Rule* 4001.

5. Adequate cause exists for the termination of the Automatic Stay pursuant to Section 362 (d) of the Bankruptcy Code as to the Movant, Republic Finance.

WHEREFORE, PREMISES CONSIDERED, Republic Finance requests the Court to enter an Order Approving the Motion to Approve Agreed Order Lifting Stay and Abandonment.

Republic Finance requests the Court to grant such other relief as is necessary under the circumstances.

DATED: This, the 18th day of November, 2026.

Respectfully Submitted,

REPUBLIC FINANCE, LLC, Plaintiff

BY: s/Durwood E. McGuffee, Jr.
DURWOOD E. MCGUFFEE, JR.
MSB # 100131

MCGUFFEE LAW FIRM
P.O. Box 4219
Brandon, MS 39047
Tel: (601) 605-2814
durwood@mcguffeelawfirm.com
Attorney for Republic Finance

## CERTIFICATE OF SERVICE

I, Durwood E. McGuffee, Jr., counsel for Republic Finance, LLC., do hereby certify that I have served a true and correct copy of the above and foregoing document to counsel of record by placing said copy in the United States Mail, postage prepaid and/or electronic filing addressed to them at their usual addresses as follows:

Oriona Walker
2432 41st Ave.
Meridian, MS 39307
*Debtor*

Hon. Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
*Attorney for Debtor*

Hon. Derek A. Henderson
1765-A Lelia Drive, Ste. 103
Jackson, MS 39216
trustee@derekhendersonlaw.com
*Trustee*

United States Trustee
501 East Court Street, Ste. 6-430
Jackson, MS 39201

*U.S. Trustee*

This, the 18th day of November, 2026.

s/Durwood E. McGuffee, Jr.
DURWOOD E. MCGUFFEE, JR.