**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ORIONA LASHEA WALKER,** **NO.: 26-02840-KMS**
**DEBTOR** **Chapter 7**

# <u>AGREED ORDER</u>

THIS matter came before this Court on Republic Finance's Motion to Approve Agreed Order Lifting Stay and Abandonment (Dk. #18) and the Court having considered same and finding that the parties have reached an agreement as to this matter and the claim of Republic Finance, it is therefore,

**ORDERED, ADJUDGED AND DECREED** that the Debtor has agreed to abandon the following property: 2015 Nissan Rogue VIN # JN8AS5MT9FW656403. Said property is hereby abandoned pursuant to 11 U.S.C. § 554 and the automatic stay of 11 U.S.C. § 362 is hereby terminated, and the trustee is directed to abandon said property. The requirement of the fourteen (14) day waiting period of Section 4001 (a)(3) is further hereby waived to protect

Movant against loss of the value of its collateral.

**##END OF ORDER###**

Agreed:

/s/Durwood E. McGuffee, Jr.
DURWOOD E. MCGUFFEE, JR.
MSB # 100131
P.O. Box 4219
Brandon, MS 39047
Attorney for Republic

/s/Thomas Carl Rollins, Jr., Esq.
THOMAS CARL ROLLINS, JR.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Attorney for Debtor

/s/Derek A. Henderson, Trustee
DEREK A. HENDERSON
1765-A Lelia Drive, Ste. 103
Jackson, MS 39216
Chapter 7 Bankruptcy Trustee

Submitted by:
Durwood E. McGuffee, Jr.
MSB # 100131
P.O. Box 4219
Brandon, MS 39047
Tel: (601) 605-2814
durwood@mcguffeelawfirm.com