United States Bankruptcy Court
Southern District of Mississippi

In re:
Oriona Lashea Walker
Debtor

Case No. 26-02840-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 3
Date Rcvd: Nov 23, 2026 | Form ID: pdf012 | Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Oriona Lashea Walker, 2432 41st Ave, Meridian, MS 39307-5219 |
| 5737503 | | Advance America, 935 Frontage Rd, Meridian, MS 39301 |
| 5737504 | | American Cash, 2514 Riverbirch Dr, Unit 122, Meridian, MS 39307 |
| 5737508 | + | Cash King LLC, PO Box 3304, Meridian, MS 39303-3304 |
| 5737511 | + | Community Choice, 1217 S Frontage Rd, Ste A, Meridian, MS 39301-6124 |
| 5737519 | + | Lend Nation, 832 Hwy 19N Ste 550, Meridian, MS 39307-5880 |
| 5737524 | + | Money Man, 2552 N Hill St, Ste C, Meridian, MS 39305-2685 |
| 5737529 | #+ | Quick Cash, 515 Hwy 19 N, Meridian, MS 39307-6348 |
| 5737534 | + | Summit Financial Servi, 2109 B St, Meridian, MS 39301-5928 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5737502 | + | Email/Text: bankruptcy@1ffc.com | Nov 23 2026 19:16:00 | 1st Franklin Financial, Attn: Bankruptcy, Po Box 880, Toccoa, GA 30577-0880 |
| 5737505 | ^ | MEBN | Nov 23 2026 19:11:33 | Asset Recovery Bureau, 1212 Abbott Rd, Buffalo, NY 14218-1900 |
| 5737513 | | Email/Text: bankruptcy_filings@creditninja.com | Nov 23 2026 19:15:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |
| 5737506 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2026 19:17:25 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5737507 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2026 19:27:36 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5737509 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Nov 23 2026 19:15:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5737510 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Nov 23 2026 19:15:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5737512 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 23 2026 19:16:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5737514 | + | Email/Text: bankruptcies@crownasset.com | Nov 23 2026 19:15:00 | Crown Asset Management, 3100 Breckenridge Blvd, Ste 725, Duluth, GA 30096-7605 |
| 5737515 | + | Email/Text: mrdiscen@discover.com | Nov 23 2026 19:15:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5737516 | | Email/Text: mfitzgerald@accfinllc.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 23 2026 19:15:00 | Get Green 123, 6360 NW 5th Way, Suite 200, Fort Lauderda, FL 33309 |
| 5737517 | ^ | MEBN | Nov 23 2026 19:11:36 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 5737518 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 23 2026 19:16:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5737520 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2026 19:17:16 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5737521 | + | Email/Text: brussell@meridianmutualfcu.com | Nov 23 2026 19:16:00 | Meridian Mcu, Pob 310, Meridian, MS 39302-0310 |
| 5737522 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2026 19:16:00 | Midland Credit Managem, 8875 Aero Dive, San Diego, CA 92123-2255 |
| 5737523 | + | Email/Text: bankruptcy@moneylion.com | Nov 23 2026 19:16:00 | Money Lion, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5737526 | + | Email/Text: bankruptcy@ncaks.com | Nov 23 2026 19:15:00 | National Credit, Attn: Bankruptcy, Po Box 3023, Hutchinson, KS 67504-3023 |
| 5737527 | | Email/Text: info@plazaservicesllc.com | Nov 23 2026 19:15:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr Ste 110, Atlanta, GA 30328 |
| 5737528 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2026 19:27:37 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5737532 | | Email/Text: bankruptcy@republicfinance.com | Nov 23 2026 19:16:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Pl, Baton Rouge, LA 70809 |
| 5737530 | ^ | MEBN | Nov 23 2026 19:11:35 | Rausch Sturm LLP, P.O. Box 312277, Enterprise, AL 36331-2277 |
| 5737531 | + | Email/Text: clientservices@reeltc.com | Nov 23 2026 19:16:00 | Reel Time Capital, 4805 W Laurel St, Ste 3000, Tampa, FL 33607-4552 |
| 5737533 | + | Email/Text: bkinfo@ccfi.com | Nov 23 2026 19:15:00 | Speedy Cash, 1021 Ms Hwy 39N, Meridian, MS 39301-4546 |
| 5737535 | + | Email/Text: UpStart@ebn.phinsolutions.com | Nov 23 2026 19:16:00 | Upstart Loan, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 5737536 | + | Email/Text: ebankruptcy@woodforest.com | Nov 23 2026 19:16:00 | Woodforest Bank, P.O. Box 24459, Houston, TX 77229-4459 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5737525 | ##+ | MRS Bro LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Oriona Lashea Walker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:**

**ORIONA LASHEA WALKER** **CASE NO.: 26-02840-KMS**

**DEBTOR.** **CHAPTER 7**

## ORDER EXTENDING DEADLINES AND NOTICE OF RESCHEDULED § 341 MEETING OF CREDITORS

This matter is before the Court *sua sponte*. Upon consideration of the Chapter 7 Trustee's Proceeding Memo (Dkt. No. 13) continuing the § 341 Meeting of Creditors ("§ 341 Meeting"), the Court finds that the service interruption of the Bankruptcy Noticing Center ("BNC") prevented timely and or proper notice of the § 341 Meeting originally scheduled for November 18, 2026. The Trustee has rescheduled the § 341 Meeting to permit proper notice and opportunity for creditors to participate.

**YOU ARE HEREBY NOTIFIED** that the § 341 Meeting is rescheduled for **January 13, 2027** at **11:30 a.m.**, to be conducted by **Zoom Meeting. Go to zoom.us/join, enter Meeting ID 737 172 4879 and Passcode 9305294709, or call 769-219-3337**.

Accordingly, it is **ORDERED** that:

The deadlines for filing the following are extended through the date that is 60 days after the conclusion of the § 341 Meeting:

1. Complaint objecting to discharge under § 727(a);
2. Complaint to determine the dischargeability of a debt under § 523(c);
3. Motion objecting to discharge under §§ 727(a)(8) or (a)(9); or
4. Motion requesting an extension of time to file a complaint or motion objecting to discharge.

**##END OF ORDER##**